Charlotte A. Erwin, Individually and as Executrix of Levi Waterbury, Deceased, Respondent, *v.* Schofield E. Waterbury et al.. Defendants, and Ivan Crowley et al., Appellants.

*Will — construction.*

*Erwin* v. *Waterbury*, 186 App. Div. 569, affirmed.
(Argued May 13, 1921; decided May 31, 1921.)

Appeal from a judgment, entered April 2, 1919, upon an order of the Appellate Division of the Supreme Court

in the third judicial department reversing a judgment of Special Term construing the will of Levi E. Waterbury, deceased, and directing judgment " that the plaintiff is the sole legatee and devisee under the will of Levi E. Waterbury, deceased, and that plaintiff is entitled to the entire assets of the estate of the said Levi E. Waterbury, deceased, and that said judgment further provides that all the defendants herein be foreclosed from any claim in and to any of the assets of the said estate of the said Levi E. Waterbury, deceased, under the said will of Levi E. Waterbury."

*A. M. Sperry, H. B. Chase* and *Giles A. Chase* for appellants.

*James C. Dolan* and *John C. Crapser* for respondent.

·Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ.